Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment is regular and regularly presented. The evidence heard on the trial is not brought up for review. The motion to postpone, the exceptions to the reception of evidence, and the complaints of the charge of the court cannot be reviewed in the absence of the statement of facts.

Perceiving no error in the record, the judgment is affirmed.

## EDWARDS v. STATE.
### No. 15874.

Court of Criminal Appeals of Texas.
March 8, 1933.

Duke Taylor, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted for manufacturing intoxicating liquor, punishment being assessed at two years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.